# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-02283 |
| | § | |
| DR. SHATISH PATEL and | § | |
| BEECHNUT DIALYSIS, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On July 17, 2009, the plaintiff filed this suit. On August 6, 2009, the defendant moved to dismiss or for a more definite statement. This court denied the motion to dismiss but granted the motion for more definite statement and ordered the plaintiff to replead by October 30, 2009. The order to replead warned that failure to do so could lead to dismissal. The plaintiff did not replead or take other action in the case. On November 3, 2009, the defendant again moved to dismiss. The plaintiff again filed no response. Nor did the plaintiff participate in the joint discovery/case management plan.

The plaintiff has failed to comply with this court's order, to file any response to motions, and to participate in the Rule 26(f) meeting. This case is dismissed for failure to prosecute and for noncompliance with court orders.

SIGNED on November 25, 2009, at Houston, Texas.

                                                                    _____
                                                                                  Lee H. Rosenthal
                                                                            United States District Judge