IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CURTIS ADAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-09-02283 |
| § | |
| DR. SHATISH PATEL and § | |
| BEECHNUT DIALYSIS, § | |
| § | |
| Defendants. § | |

**ORDER**

The plaintiff in this case filed a *pro se* complaint. This court found the pleading deficient. The plaintiff died before he could comply with the order to replead. The plaintiff's spouse, Elizabeth Adams, filed documents indicating a desire to pursue the case. This court ordered Ms. Adams to file documents indicating that she is the proper legal representative to proceed with the case and to file an amended complaint. Ms. Adams filed some documents with the court but did not file an amended complaint or otherwise comply with the court's orders.

This case is dismissed, without prejudice, for want of prosecution.

SIGNED on April 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge